DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILIPPE PEPOS, ERIC KORCHIA** and **KPL MANAGEMENT, LLC,**
Appellant,

v.

**JMC 01, LLC, GROUPINVEST, LLC,** and **KP2L, LLC,**
Appellee.

No. 4D20-1229

[May 13, 2021]

Appeal and cross-appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502019CA000295.

Joe M. Grant of Marshall Grant, PLLC, Boca Raton, and Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, PLC, Fort Lauderdale, for appellant.

David S. Willig of David S. Willig, Chartered, Miami, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***